IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Terrance McGrath** | ) | No. 13 B 29384 |
| **Lorraine McGrath** | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on June 20, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL  60602
312-368-0300                                                              BY:/s/ Gina B. Krol
                                                                                        Ch 7 Bankruptcy Trustee

Service List:

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH   43054-325

MOHELA on behalf of Dept of ED
MOHELA
633 Spirit Drive
Chesterfield, MO   63005

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

eCAST Settlement Corporation,
assignee of Chase Bank USA, NA
P.O. Box 29262
New York, NY   10087-9262

Lorraine & Terrance McGrath
252 Sunset Avenue
Glen Ellyn, IL   60137

Michael Kelleher
mkelleherlaw@gmail.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov