# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| MCGRATH, TERRANCE R. | § | Case No. 13-29384 DRC |
| MCGRATH, LORRAINE J. | § § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 340,540.00                     Assets Exempt: 50,756.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  14,469.14      Claims Discharged
                                                  Without Payment:  145,104.66

Total Expenses of Administration:  3,284.08

---

3) Total gross receipts of $ 17,753.22  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 17,753.22  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 467,435.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,284.08 | 3,284.08 | 3,284.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 158,475.00 | 108,707.80 | 108,707.80 | 14,469.14 |
| **TOTAL DISBURSEMENTS** | $ 625,910.00 | $ 111,991.88 | $ 111,991.88 | $ 17,753.22 |

4) This case was originally filed under chapter 7 on 07/23/2013. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2016            By: /s/GINA B. KROL
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EQUITABLE OR FUTURE INTERESTS | 1129-000 | 17,753.22 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,753.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Hardest Hit Funds 401 N. Michigan Ave. Suite 700 Chicago, IL 60611 | | 25,000.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing, LLC 3451 Hammond Avenue P.O. Box 780 Waterloo, IA 50704-0780 | | 371,775.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Specialized Loan Service 8742 Lucent Blvd. Suite 300 Highlands Ranch, CO 80129 | | 70,660.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 467,435.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 2,525.32 | 2,525.32 | 2,525.32 |
| KROL, GINA B. | 2200-000 | NA | 7.76 | 7.76 | 7.76 |
| ADAMS-LEVINE | 2300-000 | NA | 9.64 | 9.64 | 9.64 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 25.17 | 25.17 | 25.17 |
| ASSOCIATED BANK | 2600-000 | NA | 716.19 | 716.19 | 716.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,284.08** | **$ 3,284.08** | **$ 3,284.08** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 982235 El Paso, TX 79998 | | 4,666.00 | NA | NA | 0.00 |
| | American Express P.O. Box 981537 El Paso, TX 79998 | | 58.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | 6,895.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285 | | 8,844.00 | NA | NA | 0.00 |
| | Central DuPage Hospital 885 Roosevelt Road Glen Ellyn, IL 60137 | | 889.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank P.O. Box 6004 Sioux Falls, SD 57117-6004 | | 7,991.00 | NA | NA | 0.00 |
| | Sears P.O. Box 6286 Sioux Falls, SD 57117-6286 | | 14,960.00 | NA | NA | 0.00 |
| | U.S. Bank P.O. Box 790408 Saint Louis, MO 63179-0408 | | 6,563.00 | NA | NA | 0.00 |
| 000003 | MOHELA ON BEHALF OF DEPT. OF ED | 7100-000 | 53,375.00 | 53,261.83 | 53,261.83 | 7,089.22 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 4,732.00 | 5,014.97 | 5,014.97 | 667.50 |
| 000001 | DISCOVER BANK | 7100-900 | 7,921.00 | 8,055.18 | 8,055.18 | 1,072.15 |
| 000002 | DISCOVER BANK | 7100-900 | 10,740.00 | 11,839.28 | 11,839.28 | 1,575.82 |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | 14,874.00 | 14,763.81 | 14,763.81 | 1,965.08 |
| 000006 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | 15,967.00 | 15,772.73 | 15,772.73 | 2,099.37 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 158,475.00 | $ 108,707.80 | $ 108,707.80 | $ 14,469.14 |

Case 13-29384   Doc 35   Filed 09/01/16   Entered 09/01/16 14:05:40   Desc Main
Document      Page 7 of 12

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-29384 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | MCGRATH, TERRANCE R. | | | Date Filed (f) or Converted (c): | 07/23/13 (f) |
| | MCGRATH, LORRAINE J. | | | 341(a) Meeting Date: | 08/20/13 |
| For Period Ending: | 08/26/16 | | | Claims Bar Date: | 02/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 252 SUNSET AVENUE GLEN ELLYN, IL 60137 | 370,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH | 20.00 | 0.00 | OA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 110.00 | 0.00 | OA | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 313.00 | 0.00 | OA | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS | 617.00 | 0.00 | OA | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 7. BOOKS / COLLECTIBLES | 500.00 | 0.00 | OA | 0.00 | FA |
| 8. WEARING APPAREL | 500.00 | 0.00 | OA | 0.00 | FA |
| 9. FURS AND JEWELRY | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. PENSION / PROFIT SHARING | 9,335.00 | 0.00 | OA | 0.00 | FA |
| 15. EQUITABLE OR FUTURE INTERESTS | 0.00 | 17,532.22 | OA | 17,753.22 | FA |
| 16. CONTINGENT CLAIMS | Unknown | 0.00 | OA | 0.00 | FA |
| 17. VEHICLES | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 18. VEHICLES | 3,300.00 | 0.00 | OA | 0.00 | FA |
| 19. ANIMALS | 1.00 | 0.00 | OA | 0.00 | FA |
| 20. OTHER MISCELLANEOUS | 100.00 | 0.00 | OA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $391,296.00 | $17,532.22 | | $17,753.22 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-29384   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MCGRATH, TERRANCE R. | Date Filed (f) or Converted (c): | 07/23/13 (f) |
| | MCGRATH, LORRAINE J. | 341(a) Meeting Date: | 08/20/13 |
| | | Claims Bar Date: | 02/18/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for review May 27, 2016, 10:11 am

Ready for claims review and TFR
October 08, 2015, 10:23 am

Trustee will reivew claims and prepare TFR
October 20, 2014, 03:10 pm

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 02/28/16


        /s/     GINA B. KROL
_____   Date: 08/26/16
        GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-29384 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCGRATH, TERRANCE R. | | Bank Name: | ASSOCIATED BANK |
| | MCGRATH, LORRAINE J. | | Account Number / CD #: | *******0782 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3605 | | | |
| For Period Ending: | 08/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/17/13 | 15 | Patricia M. Lasar Trust<br>Marilu Meyer Trustee<br>360 E. Randolph St.<br>Apt. 301<br>Chicago, IL 60601 | | 1129-000 | 17,500.00 | | 17,500.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.59 | 17,487.41 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.00 | 17,461.41 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.45 | 17,437.96 |
| 04/01/14 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 15.37 | 17,422.59 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.92 | 17,396.67 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.04 | 17,371.63 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.83 | 17,345.80 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.96 | 17,320.84 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.75 | 17,295.09 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.71 | 17,269.38 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.85 | 17,244.53 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.64 | 17,218.89 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.77 | 17,194.12 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.56 | 17,168.56 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.53 | 17,143.03 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 9.80 | 17,133.23 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.01 | 17,110.22 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.44 | 17,084.78 |
| 04/20/15 | 15 | Patricia M. Lasar Trust | Inheritance | 1129-000 | 253.22 | | 17,338.00 |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 19.06a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-29384 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MCGRATH, TERRANCE R. | | Bank Name: | ASSOCIATED BANK |
| | MCGRATH, LORRAINE J. | | Account Number / CD #: | *******0782 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3605 | | | |
| For Period Ending: | 08/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Marilu Meyer Trustee | | | | | |
| | | 360 E. Randolph St., Apt. 301 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.71 | 17,313.29 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.74 | 17,287.55 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.87 | 17,262.68 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.66 | 17,237.02 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.63 | 17,211.39 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.76 | 17,186.63 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.55 | 17,161.08 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.69 | 17,136.39 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.48 | 17,110.91 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.44 | 17,085.47 |
| 02/18/16 | 030003 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 9.64 | 17,075.83 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.76 | 17,052.07 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.35 | 17,026.72 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.50 | 17,002.22 |
| * 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 25.28 | 16,976.94 |
| * 06/14/16 | | Reverses Adjustment OUT on 06/07/16 | BANK SERVICE FEE | 2600-003 | | -25.28 | 17,002.22 |
| | | | Error - Bank Fees Stopped | | | | |
| 07/22/16 | 030004 | GINA B. KROL | Final Distribution | | | 2,533.08 | 14,469.14 |
| | | 105 W. Adams Street | | | | | |
| | | 31st Floor | | | | | |
| | | Chicago, IL 60606 | | | | | |
| | | | Fees         2,525.32 | 2100-000 | | | |
| | | | Expenses        7.76 | 2200-000 | | | |
| 07/22/16 | 030005 | MOHELA on behalf of Dept. of ED | Final Distribution | 7100-000 | | 7,089.22 | 7,379.92 |
| | | MOHELA | | | | | |

FORM 2            Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD      Exhibit 9

| Case No: | 13-29384 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCGRATH, TERRANCE R. | | Bank Name: | ASSOCIATED BANK |
| | MCGRATH, LORRAINE J. | | Account Number / CD #: | *******0782 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3605 | | | |
| For Period Ending: | 08/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/16 | 030006 | 633 Spirit Dr<br>Chesterfield MO 63005<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,072.15 | 6,307.77 |
| 07/22/16 | 030007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,575.82 | 4,731.95 |
| 07/22/16 | 030008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(4-1) CREDIT CARD DEBT | 7100-900 | | 667.50 | 4,064.45 |
| 07/22/16 | 030009 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Final Distribution<br>(5-1) CREDIT CARD DEBT | 7100-900 | | 1,965.08 | 2,099.37 |
| 07/22/16 | 030010 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Final Distribution<br>(6-1) CREDIT CARD DEBT | 7100-900 | | 2,099.37 | 0.00 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 11)*        Ver: 19.06a

FORM 2 Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-29384 -DRC |
| Case Name: | MCGRATH, TERRANCE R. |
| | MCGRATH, LORRAINE J. |
| Taxpayer ID No: | *******3605 |
| For Period Ending: | 08/26/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0782 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0782    Balance Forward    0.00
2    Deposits    17,753.22    10    Checks    17,037.03
0    Interest Postings    0.00    31    Adjustments Out    716.19
                0    Transfers Out    0.00
    Subtotal    $ 17,753.22
                Total    $ 17,753.22
0    Adjustments In    0.00
0    Transfers In    0.00
    Total    $ 17,753.22

/s/    GINA B. KROL

Trustee's Signature: _____ Date: 08/26/16
GINA B. KROL